IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

DARYL GLEN EVERETT
_____/

INDICTMENT

1:15CR15 MW/GRJ

THE GRAND JURY CHARGES:

COUNT ONE

On or about February 21, 2014, in the Northern District of Florida, the defendant,

**DARYL GLEN EVERETT,**

having previously been convicted under the laws of the State of Florida for an offense relating to abusive sexual conduct involving a minor, did knowingly possess material that contained an image of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, including by computer, and which had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

Filed 06/23/15 USDC FlnlPM 12:05

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the violations charged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant,

**DARYL GLEN EVERETT,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

(A) Any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18, United States Code;

(B) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(C) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

1. cannot be located upon the exercise of due diligence;

2. has been transferred, sold to, or deposited with a third party;

3. has been placed beyond the jurisdiction of this Court;

4. has been substantially diminished in value; or

5. has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
FOREPERSON

6/23/15
DATE

*[signature]*
PAMELA C. MARSH
United States Attorney

*[signature]*
P. T. WILLIAMS
Assistant United States Attorney

3